UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD J. KNIGHTEN,

    Plaintiff,

v.                                                                                            Case No. 06-12489
                                                                                        Hon. Sean F. Cox

GENERAL MOTORS CORPORATION,
and UAW LOCAL 598,

    Defendants.
_____

## **JUDGMENT**

    This matter came before the Court on Defendants' Motions for summary judgment. The Court granted Defendants' Motions for summary judgment on November 30, 2007.

    Accordingly, the Court awards judgment in favor of Defendants and against Plaintiff.

    **IT IS SO ORDERED.**

                                          **S/Sean F. Cox**
                                          **Sean F. Cox**
                                          **United States District Judge**

**Dated: November 30, 2007**

**I hereby certify that a copy of the foregoing document was served upon counsel of record on November 30, 2007, by electronic and/or ordinary mail.**

                                          **S/Jennifer Hernandez**
                                          **Case Manager**